UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW CAMILLO,

      Plaintiff,

v.                                Case No. 13-cv-1009 KG/GBW

CITY OF BELEN, NEW MEXICO, a
New Mexico municipality and MARY LUCY
BACA, individually and in her official capacity as
City Manager of the City of Belen,

      Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT CITY OF BELEN

THIS MATTER having come before the Court upon the parties' Joint Motion for Dismissal with Prejudice of All Claims Against Defendant City of Belen, the Court, having considered the Joint Motion, and being advised that the parties have resolved this matter, finds that the Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims that were, or could have been, brought against Defendant City of Belen or any related entities or individuals are dismissed with prejudice. Each party shall bear their own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

MODRALL SPERLING ROEHL HARRIS
& SISK, P.A.


By: _/s/ Tiffany L. Roach Martin_____
Tiffany L. Roach Martin
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, New Mexico  87103-2168
*Attorneys for Defendant*


**APPROVED:**

E. JUSTIN PENNINGTON

By: */s/_electronic approval on 8/28/14___*
E. Justin Pennington
2014 Central Ave SW
Albuquerque, NM 87104
*Attorney for Plaintiff*